108 F.3d 329w
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Faye M. MARTIN, on behalf of herself and others similarly
situated, Plaintiff-Appellant,
v.
The CITY OF NEW YORK, Rudolph W. Giuliani, the Honorable
Mayor personally and in his official capacity as Mayor of
the City of New York, New York City Commission on Human
Rights, Members of the New York City Commission on Human
Rights, Marta Varella, Esq., personally and in her official
capacity as Chair of the New York City Commission on Human
Rights, Patterson, Belknap, Webb & Tyler; Stuart H. Bompey,
Esq., Orrick, Herrington and Sutcliff, Antonia Grumbach,
personally and in her capacity as Managing Partner, David
Dykhouse, Esq., personally; Members of Management Committee
of Patterson, Belknap, Webb & Tyler, individually and
collectively, Defendants-Appellees.
 No. 96-7839.
 United States Court of Appeals, Second Circuit.
 March 5, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION